

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 2 4 2005



| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., SUCCESSOR ) <br> BY MERGER WITH BANK ONE, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EZZAT KHALIL, et al. ) <br> ) <br> Defendants. ) | No. 05 C 2978 <br> Judge Guzman <br> Magistrate Judge Keys |

### THE UNITED STATES' MOTION TO DISMISS
### COMPLAINT TO FORECLOSE MORTGAGE

The UNITED STATES OF AMERICA, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois and pursuant to Rule 12(b)(1), Fed. Rules Civil Proc., moves to dismiss JPMogan Chase Bank's Complaint to Foreclose Mortgage. In support thereof, the United States submits the attached memorandum of law.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Joel Nathan
JOEL NATHAN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-8449